# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. ROSSMAN, | No. 4:21-CV-00703 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PRIMECARE MEDICAL INC., *et al.*, | |
| Defendants. | |

## ORDER

### APRIL 5, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants County of Centre, Corrections Officer Waite, and Corrections Officer Zettle's motion to dismiss (Doc. 34) is **DENIED**.

2. The Defendants shall file a responsive pleading within 14 days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge