IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. ROSSMAN, | No. 4:21-CV-00703 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PRIMECARE MEDICAL INC., *et al.*, | |
| Defendants. | |

**ORDER**

**JANUARY 10, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion for Summary Judgment filed by Defendants PrimeCare Medical, Inc., Rita Camacho, Elizabeth Corl, Kim Hrabic, Brandi Hugar, Jade Lose, Gabriel Pelaez, Katie Reese, Kelsey Schmidt, Stephanie Struble, and Alesha Weaver (Doc. 78) is **GRANTED IN PART and DENIED IN PART**.

    a. The Motion is **GRANTED** as to Count II, Count III only as to Hugar and Weaver, Counts IV-VII, and Counts X-XI.

    b. The Motion is **DENIED** as to Count I, Count III as to Schmidt and Lose, and Count XIII.

2. The Motion for Summary Judgment filed by Defendants Centre County, Mark Waite, and David Zettle (Doc. 80) is **GRANTED IN PART and DENIED IN PART**.

    a. The Motion is **GRANTED** as to Counts VIII and X.

    b. The Motion is **DENIED** as to Counts IX and XII.

3. John/Jane Doe Medical Providers, Guards, and Supervisors are dismissed.

4. A telephonic status conference with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge